UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QIAN CHEN,

                Plaintiff,

      v.

U.S. SOCIAL SECURITY ADMINISTRATION,

                Defendant.

CASE NO. C19-1424-RAJ

ORDER DENYING IN FORMA PAUPERIS REQUEST

      The Court, having reviewed plaintiff's applications to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation;

      (2)    Plaintiff's IFP applications, and Motion Requesting all communication and documents be submitted via the telephone (Dkt. 4) are DENIED, and this case is DISMISSED without prejudice; and;

      (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

      DATED this 5th day of November, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1